| United States Bankruptcy Court District of | VOLUNTARY PETITION (part 1) |
|---|---|
| **Name of Debtor** (If individual, enter Last, First, Middle)<br>Harper-Page, Shellie J. | **NAME OF JOINT DEBTOR** (Spouse) (Last, First, Middle) |
| **ALL OTHER NAMES** used by the debtor in the last 6 years (including married, maiden and trade names)<br>AKA Shellie Harper "AKA" Shellie Page | **ALL OTHER NAMES** used by the joint debtor in the last 6 years (include married, maiden and trade names) |
| **SOC. SEC./TAX I.D. NO.** (If more than one, state all)<br>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 | **SOC. SEC./TAX I.D. NO.** (If more than one, state all) |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, zip)<br>749 Alpine ST<br>Hemet, CA 92545-6854 | **STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state, zip) |
| **COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**<br>RIVERSIDE | **COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS** |
| **MAILING ADDRESS OF DEBTOR** (If different from street address) | **MAILING ADDRESS OF JOINT DEBTOR** (If different from street address) |
| **LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from addresses listed above) | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**VENUE** (Check any applicable boxes)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)   [ ] Railroad
- [ ] Corporation   [ ] Stockbroker
- [ ] Partnership   [ ] Commodity Broker
- [ ] Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7   [ ] Chapter 11   [ ] Chapter 13
- [ ] Chapter 9   [ ] Chapter 12
- [ ] Sec. 304 -- Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business   [ ] Business

**Filing Fee** (Check one box)
- [ ] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More $1... |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More $1... |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

07/22/2004   **FILED**   11:05
**RS04-18588MG**
DEBTOR:
  HARPER-PAGE, SHELLIE J
JUDGE: HON. M. Goldberg - 470
TRUSTEE: NEWD   CH: 07   (COMPLETE)
341A MTG: 08/27/2004   02:00   USB
ADR: 3420 Twelfth St. Room 100B Rivsi

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.   ID: 013
REFEREN NO: RS-000703

© 1994 E•Z LEGAL FORMS®   K100-4

| **VOLUNTARY PETITION** (part 2) *(This page must be completed in every case)* | Name of Debtor(s) *Shellie Harper-Page* |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location: | Case Number: | Date Filed: |
|---|---|---|
| Date Filed: | | |

**Pending Bankruptcy Case filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed] Shellie Harper-Page*
Signature of Debtor

X _____
Signature of Joint Debtor

*951-765-8240*
Telephone Number (If not represented by attorney)

*07/21/04*
Date

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assessed in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both, 11 U.S.C. §110; 18 U.S.G. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

© 1994 E•Z LEGAL FORMS®

K100-5

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California | FOR COURT USE ONLY |
|---|---|
| Attorney for | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Shewie Harper-Page

Debtor(s).

CHAPTER: 7

CASE NO.:

Addendum* to Voluntary Petition
Re: Exhibit C

**\*If reference to Exhibit C does NOT appear on page 2 of the Voluntary Petition, this Addendum must be completed.**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this Addendum.

☒ No.

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this Addendum is true and correct.

X /s/ Shewie Harper-Page
Signature of Debtor

X
Signature of Joint Debtor

07/22/04
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this Addendum is true and correct and that I have been authorized to file this Addendum on behalf of the Debtor.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Revised 04/12/02                                                    Exhibit C Addendum to Voluntary Petition