# United States Bankruptcy Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

In re __Shellie Harper-Page__, Case No. _____
   Debtor                                (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report totals from Schedules A,B,D,E,F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0 | | |
| B - Personal Property | YES | 2 | $ 404.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 7,800.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Non-Priority Claims | YES | 4 | | $ 22,498.00 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtors | YES | 1 | | | $ 746.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 910.50 |
| Total Number of Sheets of ALL Schedules → | | 15 | | | |
| Total Assets → | | | $ 404.00 | | |
| Total Liabilities → | | | | $ 30,298. | |

© 1994 E+Z LEGAL FORMS®                                                                                      K100-9